UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>M. Regina Fahy, et al.</u>

       v.               Case No. 05-cv-97-SM

<u>NH Department of Safety, Commissioner</u>

O R D E R

Order granting stay is vacated. The decision was granted in error as the court mistakenly understood the request to seek only a short stay – i.e. to October 15, 2005, rather then October 15, 2006. The motion for stay is denied.

SO ORDERED.

October 7, 2005

_____
Steven J. McAuliffe
Chief Judge

cc:    Christine C. Wellington, Esq.
        Melanie Marie Chaput, Esq.
        Stephanie Anne Bray, Esq.
        Nancy J. Smith, Esq.