**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>M. Regina Fahy, et al.</u>

    v.                                              Civil No. 05-cv-097-SM

<u>Commissioner, New Hampshire
Department of Safety</u>

**O R D E R**

The court requests the parties to submit memoranda (ten page limit) by November 10, 2005 addressing the following questions:

1. Can the documents sought be compelled from AAMVA by Rule 45 subpoena <u>duces</u> <u>tecum</u>?

2. a. If not, why not?

    b. If so, how can the Commissioner of the New Hampshire Department of Safety assert a "law enforcement investigative techniques . . . privilege" over documents subject to such a subpoena.

**SO ORDERED.**

                                        _____
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: October 24, 2005

cc:   Stephanie Anne Bray, Esq.
      Melanie Marie Chaput, Esq.
      Nancy J. Smith, Esq.
      Christine C. Wellington, Esq.