**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>M. Regina Fahy, Haliyamtu Theo Amani,
Sarra Ali, Eva Castillo-Turgeon
and Annagreta Swanson</u>

    v.                                        Civil No. 05-cv-097-SM

<u>Commissioner, New Hampshire Department
of Safety</u>

**O R D E R**

Despite a clear order to defendant to provide a memorandum to justify its claim of privilege on the AAMVA documents, defendant has failed to do so.  Defendant has provided no authority for its claim to a law enforcement privilege claim on the AAMVA documents.  Furthermore, the copyright claim is also without merit.  The subpoena to AAMVA from plaintiff only partially moots the motion to compel as to the AAMVA documents.  The motion to compel production of the AAMVA documents is granted.

The Appendix R documents are another matter.  Those documents are government documents which both Ms. Beecher and Mr. Haynes have attested to as confidential and sensitive.  They need not be produced in unredacted form except for those which have been provided to others under the right to know law.  As to the

latter documents, the privilege has been waived.

The motion to compel (document no. 20) is granted in part and denied in part.

**SO ORDERED.**

                                James R. Muirhead
                                United States Magistrate Judge

Date: November 17, 2005

cc:   Stephanie A. Bray, Esq.
      Melanie Marie Chaput, Esq.
      Nancy J. Smith, Esq.
      Christine C. Wellington, Esq.